UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KAREN SEIPERT, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, WACHOVIA MORTGAGE CORPORATION; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 2:10-cv-09753-RGK-FMO<br><br>[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE OF ENTIRE CASE ON ORDER GRANTING DEFENDANT WELLS FARGO BANK'S MOTION FOR SUMMARY JUDGMENT<br><br>*[Assigned to the Honorable R. Gary Klausner, Courtroom 850]* |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on February 21, 2012, the Court, the Hon. R. Gray Klausner, United States District Judge presiding, in Civil Minutes – General made an (In Chambers) Order re: Defendant's Motion for Summary Judgment [Doc. 65 ("ORDER"); Doc 45 (Motion for Summary Judgment)]. The ORDER set forth that Plaintiff had abandoned the quiet title claim of the operative First Amended Complaint ("FAC") [Doc. 13]. (Order, fn. 2). The Court then held that of the two remaining claims: (1) Plaintiff cannot show the requisite elements to prevail on a claim for Promissory Estoppel; and (2) that Plaintiff cannot obtain

equitable relief to unwind the trustee's sale because she has no evidence showing that she can bring the loan current, defeating the claim for Cancellation of Deed of Trust (or trustee's deed upon sale). Accordingly, the Court granted Defendant's motion for summary judgment of the FAC. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

A Judgment of Dismissal with prejudice of the FAC and the case in its entirety and as to the sole defendant Wells Fargo Bank, N.A. (and for its Wachovia Mortgage Division) is hereby made and that Plaintiff shall take nothing by way of the FAC or this Action. The Clerk of the Court shall forthwith enter the Judgment of Dismissal.

Date: 05.23.12                By: _____
                              UNITED STATES DISTRICT JUDGE